**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

SEP 20 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LYRALISA LAVENA STEVENS,

            Plaintiff-Appellant,

    v.

S. SMITH; C. MARTINEZ; A. SHIMMIN,

            Defendants-Appellees.

No. 22-16850

D.C. No. 1:22-cv-00741-ADA-SAB

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Ana de Alba, District Judge, Presiding

Submitted September 12, 2023**

Before:    CANBY, CALLAHAN, and OWENS, Circuit Judges.

Former California state prisoner Lyralisa Lavena Stevens appeals pro se

from the district court's judgment dismissing for failure to state a claim her 42

U.S.C. § 1983 action alleging claims under the Eighth and Fourteenth

Amendments.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)); *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000) (dismissal under 28 U.S.C. § 1915A). We affirm.

The district court properly dismissed Stevens's action because Stevens failed to allege facts sufficient to state any plausible claims. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be liberally construed, a plaintiff must still present factual allegations sufficient to state a plausible claim for relief); *see also Hartmann v. Cal. Dep't of Corr. & Rehab.*, 707 F.3d 1114, 1123 (9th Cir. 2013) (elements of an equal protection claim under the Fourteenth Amendment); *Keenan v. Hall*, 83 F.3d 1083, 1092 (9th Cir. 1996) (explaining that "disrespectful and assaultive comments" do not necessarily state a claim under the Eighth Amendment).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009). We do not consider documents not presented to the district court. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

Stevens's request for judicial notice, set forth in the opening brief, is denied as unnecessary.

**AFFIRMED.**